**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOHN MARCELLETTI, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendant. | **Case No. 6:23-CV-06211** |

## <u>DEFENDANT GEICO GENERAL INSURANCE COMPANY'S</u>
## <u>NOTICE OF MOTION TO SEAL CONFIDENTIAL DOCUMENTS</u>

**PLEASE TAKE NOTICE** that Defendant GEICO General Insurance Company ("GEICO"), through its undersigned counsel, will move the Court, at a date and time to be determined by the Court, for an Order granting GEICO's Motion to Seal Confidential Documents and allowing GEICO's Confidential Documents, which Plaintiff seeks to file in connection with his Motion for an Order to Compel GEICO General Insurance Company to Produce Unredacted and Withheld Documents (Docs. 43, 44), to be maintained under seal. This Motion is based on the accompanying memorandum of law, the Declaration of Kevin Costigan attached thereto, and any other materials this Court may choose to take judicial notice of and consider.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule of Civil Procedure Rule 7(a)(1), GEICO intends to file and serve reply papers in support of its Motion to Seal.

DATED September 20, 2024.

**DICKINSON WRIGHT, PLLC**

By: */s/ Dan W. Goldfine*
    Dan W. Goldfine (*pro hac vice*)
    Jamie L. Halavais (*pro hac vice*)
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    Tel (602) 285-5000
    Fax (844) 670-6009

**LAW OFFICES OF DANIEL R. ARCHILLA**

    Daniel R. Archilla
    170 Franklin Street, Suite 500
    Buffalo, New York 14202
    Tel (716) 856-0875
    Fax (518) 207-9025

*Attorneys for GEICO General Insurance Company*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing was served by electronic mail via the ECF system on counsel of record in the above-captioned matter on the date the foregoing was electronically filed.

Dated this 20th day of September, 2024.

/s/ *Dan W. Goldfine*
   Dan W. Goldfine