UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MARCELLETTI, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>         Defendant. | Case No. 6:23-CV-06211 |

**DEFENDANT GEICO GENERAL INSURANCE COMPANY'S NOTICE OF MOTION TO SEAL CONFIDENTIAL INFORMATION IN PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SEAL FILED AS ECF NOS. 138 – 138-2**

PLEASE TAKE NOTICE that Defendant GEICO General Insurance Company ("GEICO") through its undersigned counsel, will move the Court, at a date and time to be determined by the Court, for an order granting GEICO's Motion to Seal Confidential Information in Plaintiff's Opposition to Defendant's Motion to Seal Filed as ECF Nos. 138 and 138-2 (the "Motion to Seal") and allowing portions of Plaintiff's Opposition to be filed under seal. This Motion to Seal is based on the accompanying Memorandum of Law, the attachments thereto, and any other material this Court may choose to take judicial notice of and consider.

PLEASE TAKE FURTHER NOTICE, in accordance with Local Rule of Civil Procedure 7(a)(1), GEICO intends to file and serve reply papers in support of its Motion to Seal.

DATED June 13, 2025.

**DICKINSON WRIGHT PLLC**

By: /s/ *Dan W. Goldfine*
Dan W. Goldfine (*pro hac vice*)
Jamie L. Halavais (*pro hac vice*)
Cameron C. Stanley (*pro hac vice*)
Claire E. F. Grimes (*pro hac vice*)
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel (602) 285-5000
Fax (844) 670-6009

Kristen E. Hudson (*pro hac vice* pending)
607 West 3rd Street, Suite 2500
Austin, Texas 78701
Tel (512) 770-4200
Fax (844) 670-6009

**WOODS OVIATT GILMAN LLP**

Jennifer M. Schauerman
1900 Bausch & Lomb Place
Rochester, New York 14604
Tel (585) 987-2800
Fax (585) 445-2393

*Attorneys for GEICO General Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served by electronic mail via the ECF system on counsel of record in the above-captioned matter on the date the foregoing was electronically filed.

Dated this 13th day of June, 2025.

>                     */s/ Dan W. Goldfine*
>                      Dan W. Goldfine